IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 1:08cr6-SPM/AK

ROBERT BRIAN HENDRICKSON,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's unopposed motion to continue his sentencing hearing (doc. 26) is granted. The sentencing hearing is reset for 1:30 p.m. on Tuesday, September 2, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 23rd day of July, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge