IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO.: 1:08cr6-SPM/AK

ROBERT BRIAN HENDRICKSON,

           Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's unopposed motion to continue his

sentencing hearing (doc. 33) is granted.  The sentencing hearing is reset for 1:30

p.m. on October 6, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 27th day of August, 2008.


   _s/ Stephan P. Mickle_____
          Stephan P. Mickle
          United States District Judge