IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 1:08cr6-SPM/AK

ROBERT BRIAN HENDRICKSON,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's motion to continue his sentencing hearing (doc. 35) is granted. The sentencing hearing is reset for 1:30 p.m. on November 3, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 1st day of October, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge